UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | * CHAPTER 7 |
| 1500 WALNUT STREET, INC. | * NO. 03-13519 |
| Debtor | * |

### ORDER FOR UNCLAIMED FUNDS

AND NOW this 3d day of Sept. 2009, upon consideration of Motion of Anthony's Seafood Wholesale, Inc., for Unclaimed Funds in the amount of $6,291.36 it is hereby ORDERED and DECREED that said Motion is GRANTED.

The Clerk of the Bankruptcy Court for the Eastern District of Pennsylvania shall forthwith release said funds to Movant Anthony's Seafood Wholesale, Inc. located at 316 Clifton Avenue, Bayville, NJ 08721.

BY THE COURT

_____ J.
Eric L. Frank